ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2024
CLERK, U.S. DISTRICT COURT
By ______
Deputy

UNITED STATES OF AMERICA

v.

IONUT IAMANDITA (01)

No. 4:24-MJ- 549

## CRIMINAL COMPLAINT

I, Special Agent Michael Vizsolyi, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## CONSPIRACY TO COMMIT WIRE FRAUD IN VIOLATION OF 18 U.S.C § 1349

Between in or about January 26, 2022, and continuing until in or about May 10, 2023, in the Fort Worth Division of the Northern District of Texas and elsewhere, the Defendant **Ionut Iamandita**, did knowingly and willfully combine, conspire, confederate and agree with coconspirators to engage in a scheme to obtain Supplemental Nutrition Assistance Program (SNAP) benefits in violation of 18 U.S.C. § 1343, that is, the defendant conspired to knowingly devise and execute a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, causing the transmission of interstate wire communications between Texas and Wisconsin through electronic benefit transfer (EBT) transactions using stolen SNAP debit card numbers at point of sale (POS) locations in the Northern District of Texas, all done in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7), Title 18, United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed since June 6, 2021. As an FBI Special Agent, I was assigned to the White-Collar Crime Squad with primary investigative responsibilities involving criminal matters particularly related to economic or white-collar crime since 2021. I have investigated fraudulent schemes involving money laundering, wire fraud, and investment fraud. As an FBI Special Agent, I have participated in all the normal methods of investigation, including, but not limited to: electronic surveillance, visual surveillance, interviews of witnesses, the execution of search warrants, the use of confidential informants and cooperating witnesses, and the use and analysis of financial records and toll records.

3. The facts set forth presented are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents, government agencies, and witnesses. Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest warrant for the defendant, I have not set forth in this affidavit everything that I have learned from this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

## THE CONSPIRACY AND SCHEME TO DEFRAUD

### The Object of the Conspiracy

4. The object of the conspiracy was for **Ionut Iamandita** ("**Iamandita**"), a Romanian national, as well as African store operators Margretta Jabbeh, Courage Keihn, Saybah Keihn, James Peabody, and Maryann Peabody, (collectively known as "Coconspirators"), by and through the entities Leelah African Store, Saybah's African Market, and Afro Mart, (collectively known as "African Stores"), to obtain stolen SNAP debit card account numbers and then drain the account balances through EBTs by conducting transactions at SNAP-approved POS devices located in the African stores.

### Manner and Means of the Conspiracy and the Scheme to Defraud

5. From in or about January 26, 2022, and continuing until in or about May 10, 2023, **Iamandita** and Coconspirators fraudulently obtained over $2.4 million in SNAP benefits using the stolen account numbers of at least 3,000 SNAP beneficiaries located throughout the United States. **Iamandita** supplied fraudulent EBT cards containing SNAP beneficiary account funds and information to Coconspirators with the knowledge that the Coconspirators would use the EBT cards at SNAP-approved POS terminals located in their African Stores, and in so doing, falsely represented that actual SNAP beneficiaries were using their SNAP benefits to purchase approved grocery items. In fact, the beneficiaries were not present in the stores at the time of the transactions, no groceries were purchased, and the Coconspirators conducted the transactions by swiping the fraudulently-obtained benefit cards, one after the other, with no actual customer transactions. The swiping caused interstate wires to be transmitted from Texas to data

centers in Wisconsin, resulting in a transfer of funds to the Coconspirators accounts. Once funds arrived via interstate wire to Coconspirators bank accounts, the funds were withdrawn as cash and split with **Iamandita**.

## PROBABLE CAUSE

### Introduction

*The Supplemental Nutrition Assistance Program (SNAP) Information*

6. The Supplemental Nutrition Assistance Program (SNAP), formerly and more commonly known as the Food Stamp Program, is a federal benefit program intended to assist low-income people and families purchase food. In the 1990s, states across the United States began converting from a traditional paper food stamp coupon system to what is known as an EBT card. EBT cards, like debit and credit cards, are used by swiping the card through a point-of-sale ("POS") device.

7. For stores to become eligible to participate in the Food Stamp Program, a store owner is required to complete, sign, and submit a Food Stamp Program Application for Stores (Form FNS 252) to the United States Department of Agriculture (USDA). After the Food and Nutrition Service ("FNS," the division of the USDA that administers the SNAP program) receives the application packet from a storeowner, an FNS program specialist reviews it for completeness and then dispatches a contractor to visit the location to obtain photographs of the store and document the food inventory of the store. Stores that are approved by the USDA to participate in the SNAP program are issued a SNAP authorization card and an FNS number.

8. To access the electronic funds on a beneficiary's EBT card, FNS provides authorized vendors with a POS that debits the beneficiary's EBT card for the cash value of the eligible items purchased. Vendors are then periodically reimbursed for the redemptions via an electronic funds transfer directly into their designated bank account.

9. When FNS grants authorization for a store to participate in the SNAP program, FNS informs the store that the POS device is nontransferable and may only be used at the authorized store for authorized purchases.

10. Whenever a retailer processes an EBT transaction, the authorized POS device generates EBT records. The EBT records show the store name, address, EBT card number used, beginning balance of the SNAP benefits, the amount of purchase, the ending balance of the SNAP benefits, and whether the purchase was made by swiping an EBT card or manually inputting the EBT card number. The USDA maintains these records.

11. Under federal law, SNAP recipients can exchange EBT card benefits only for eligible food items and only at stores authorized by the USDA to accept EBT cards. Authorized stores can lawfully accept food stamps or EBT card benefits in exchange for eligible food items only and not for items such as alcoholic beverages, tobacco, hot foods ready to eat, lunch counter items, vitamins, medicines, pet foods, or cash.

12. Individuals and/or families meeting the income requirements to receive SNAP benefits are assigned a unique household number. The household receives a deposit to their EBT card based on their income, family size, and other factors.

13. EBT benefits are often stolen through a process known as "skimming." Skimming occurs when devices illegally installed on ATMs, POS terminals, or fuel pumps capture data or record cardholders' Personal Identification Numbers (PINs). Criminals use the data to create fake debit, credit, or EBT cards, and use the fake cards to steal from the beneficiary's accounts. Skimming devices store data to be downloaded or wirelessly transferred later. Data can be reprogrammed onto any credit card with a magnetic strip and provided to other coconspirators. **Iamandita** was one of the individuals providing the reprogrammed cards. These newly programmed cards can then be used at an approved EBT POS terminal.

*Coconspirator Background Information*

14. Four coconspirators have been found guilty in the Northern District of Texas to violations of 18 U.S.C. § 1349 (18 U.S.C. § 1343) resulting from this scheme: Saybah Keihn, Courage Keihn, James Peabody, and Margretta Jabbeh. Maryann Peabody is a fugitive.

15. *Saybah Keihn* was the owner of Saybah's African Market. Saybah's African Market was located at 2009 Pipeline Road East, Bedford, Texas. Beginning on or about January 26, 2022, and continuing until on or about May 10, 2023, Saybah Keihn received fraudulent EBT cards with victim funds from **Iamandita**. Saybah Keihn swiped the fraudulent EBT cards at the store's POS terminal, provided EBT cards to Margretta Jabbeh and Courage Keihn, and ultimately split the resulting funds with **Iamandita** and others.

16. *Courage Keihn* jointly operated Afro Mart, located at 8017 Glenview Drive, Suite F, North Richland Hills, Texas, with James Peabody. On or about July 11, 2022, Afro Mart was authorized to participate in the SNAP program and to accept EBT cards. Courage Keihn received fraudulent EBT cards containing victim funds from **Iamandita**. Courage Keihn swiped the fraudulent EBT cards at the store's POS terminal, provided EBT cards to Margretta Jabbeh and Saybah Keihn, and ultimately split the resulting funds with **Iamandita** and others.

17. *James Peabody* opened Afro Mart for the purposes of perpetuating the EBT fraud. During much of the period of the fraud, James Peabody served as a liaison between **Iamandita** and the other Coconspirators. James Peabody received fraudulent EBT cards from **Iamandita**. James Peabody swiped the fraudulent EBT cards at the store's POS terminal, provided EBT cards to Margretta Jabbeh and Saybah Keihn, and ultimately split the resulting funds with **Iamandita** and others.

18. *Margretta Jabbeh* was the owner of Leelah African Store located at 211 South Blue Mound Road, Suite 211, Blue Mound, Texas. On or about July 18, 2022, FNS authorized Leelah African Store to participate in the SNAP program and to accept EBT cards. Immediately thereafter, Margretta Jabbeh received fraudulent EBT cards from **Iamandita**, Saybah Keihn, and Courage Keihn. Margretta Jabbeh swiped the fraudulent EBT cards at the store's POS terminal and split the resulting funds with **Iamandita** and others.

## THE SCHEME TO DEFRAUD

19. Collectively, **Iamandita** and Coconspirators illicitly obtained bulk SNAP EBT data of approximately 2,580 victims, who resided in California, Maryland, Texas, Oregon, Pennsylvania, Massachusetts, and New York. The stolen EBT data, once programmed on a debit card, contained the SNAP benefit balance for each victim. **Iamandita** provided the reprogrammed cards in batches to the Coconspirators at the African stores or prearranged locations. After acquiring the reprogrammed debit cards, the Coconspirators would swipe the debit cards at the SNAP-authorized POS terminal in their African Stores.

20. From at least January 26, 2022, through June 9, 2023, the Coconspirators, using the African Stores, received at least $2,602,952.93 in EBT payments using stolen SNAP account numbers. The breakdown for each individual store was:

| **Total EBT Redemptions (1/26/2022 to 6/9/2023)** | |
|---|---|
| **Store Name** | **Total EBT Redemptions** |
| Afro Mart | $994,314.82 |
| Leelah African Store | $1,081,906.68 |
| Saybah's African Market | $526,731.43 |
| TOTAL | $2,602,952.93 |

21. By swiping the EBT cards at the African Stores' POS terminals, the Coconspirators caused the USAD to initiate interstate wire transactions that resulted in deposits of EBT funds into bank accounts controlled by the Coconspirators. The Coconspirators would then make cash withdrawals of the funds, which would then be

split amongst the Coconspirators and **Iamandita**. The purchases generating the EBTs were not authorized by the actual SNAP card holders and were not for purchases of groceries.

22. USDA EBT transaction data shows that from January 1, 2022, to May 10, 2023, the named African Stores shared victim debit cards. The EBT swipe history shows multiple instances in which the same victim's SNAP benefits were used at different African Stores owned and operated by the defendants. It also shows that the named African Stores swiped SNAP benefits from victims on a particular day or series of days, most often those victims who resided within a few miles of one another and shared a common purchase location in their state of residence.

*WhatsApp Messages*

23. The FBI obtained WhatsApp text messages exchanged between **Iamandita,** James Peabody, and Saybah Keihn during the period of the fraud. In the WhatsApp messages, they discussed the logistics of **Iamandita's** delivery of the fraudulent EBT cards, the amount of money to be split amongst them, and what personal items they planned to buy with the fraudulent funds. For example, on May 2, 2023, Saybah Keihn sent **Iamandita** two WhatsApp messages containing an image of the fraudulent EBT cards she swiped at her store and an image of a calculator showing "26,163," which is the total amount she obtained from the fraudulent EBT cards. **Iamandita** replied "Ok mama thank you." On May 5, 2023, **Iamandita** asked Saybah Keihn, "What time [stet] you give me money?" Saybah Keihn replied, "12."

24. In another WhatsApp exchange between James Peabody and **Iamandita**, on June 22, 2022, **Iamandita** said, "I have a card with 5k on it…What can we do?" On July 24, 2022, **Iamandita** said, "In 5 days you can take a good g wagon…With ebt money." On May 5, 2023, James Peabody and **Iamandita** exchanged WhatsApp messages regarding the potential for getting caught for the SNAP fraud. Peabody asked **Iamandita**, "So how/why do other people go to jail in California bro?" **Iamandita** replied, "They go to jail because they have proof."

25. Based on a review of the chats between **Iamandita** and Peabody, **Iamandita** directed Peabody to collect funds from all the Coconspirators. **Iamandita** used WhatsApp messages to direct cash payment from all the Coconspirators and their respective stores. For example, on June 30, 2022, **Iamandita** sent James Peabody a message saying, "Bro I just made the calculations[.] They have to give me 9690." On August 10, 2022, **Iamandita** referred to Courage Keihn's cut of the fraudulent proceeds, saying, "Courage can't take more than 9k bro." On July 4, 2022, **Iamandita** asked James Peabody, "Did you ask the women about the 30k?"

26. **Iamandita** used multiple WhatsApp phone numbers, using the alias of "Magic." In one WhatsApp exchange, however, James Peabody assists **Iamandita** in the creation of a fraudulent Iowa Driver's License (DL). On July 26, 2022, **Iamandita** sent James Peabody a picture of **Iamandita's** face to be used for the DL. Using facial recognition, the FBI identified the image as **Iamandita**. The FBI then obtained pictures of **Iamandita** from a Washington State issued DL and from a Customs and Border Patrol (CPB)

removal order. Lastly, the FBI reviewed pole camera footage at the African Stores to determine whether **Iamandita** was the individual delivering the fraudulent EBT cards.

*Pole Camera Footage*

27. A review of pole cameras with a view of the African store fronts showed a white male entering the store just prior to many of the fraudulent EBT swipes at the African stores. After obtaining the identity of **Iamandita** from the WhatsApp exchanges, as well as photographs from **Iamandita's** DL and CPB, the FBI determined that the white male was **Iamandita**.

28. In many instances, **Iamandita** stayed inside of the African store for less than five minutes. After leaving the store, the fraudulent EBT swipes began within a few minutes. For example, on January 5, 2023, **Iamandita** entered Saybah's African Market at 10:32 AM and exited at 10:36 AM. Fraudulent swipes of SNAP benefits from victims in New York begin at 10:42 AM, totaling $2,968.70. Later that same day, Margretta Jabbeh picked up EBT cards from Saybah Keihn, drove back to her store, and swiped EBT cards containing $5,240.09 of victim funds from New York.

29. On February 26, 2023, **Iamandita** entered Saybah's African Market at 9:55 AM and exited the store at 9:56 AM. At 9:57 AM, fraudulent swipes occurred at Saybah's African Market using SNAP benefits from victims in California totaling $2,824.50. Saybah Keihn was the only person in the store during the swipes. At 10:07 AM that same day, Saybah Keihn leaves Saybah's African Market and delivers fraudulent EBT cards to Margretta Jabbeh. At 10:51 AM, a fraudulent swipe occurred at Leelah African Store

with one of the same victims SNAP benefits used at Saybah's African Market earlier that day.

30. In some instances, the fraudulent swipes occurred while **Iamandita** was inside of the store. On March 21, 2023, **Iamandita** entered Saybah's African Market at 2:04 PM. While inside the store, a series of four fraudulent swipes occurred using SNAP benefits funds from victims in Maryland, totaling $1,136.00. The only two people in the store at the time were Saybah Keihn and **Iamandita**. **Iamandita** departed the store at 2:16 PM, after the swiping had occurred.

*Coconspirator Identification*

31. FBI and USDA-OIG agents showed a Coconspirator a photo lineup containing the DL photograph of **Iamandita**. The coconspirator identified the photograph of **Iamandita** as the individual who delivered the EBT cards, collected cash, and coordinated the fraud with the other Coconspirators. The coconspirator said that **Iamandita** used the alias of "Magic" throughout the period of the fraud and attempted to evade detection.

32. The Coconspirator went on to tell agents that he flew to Washington state around September of 2022 to meet with **Iamandita**. **Iamandita** instructed Keihn to bring the Afro Mart POS terminal with him to Washington. After arriving in the Tacoma area of Washington, **Iamandita** supplied Courage Keihn with a large "stack" of fraudulent EBT cards containing approximately $60,000 of victim SNAP benefits. Courage Keihn swiped the EBT cards using the Afro Mart POS terminal. Once the funds arrived in Afro Mart bank account, **Iamandita** drove Courage Keihn to the bank to withdraw the funds as

cash. Courage Keihn withdrew the funds, kept approximately $5,000 for himself, and provided the remaining cash to **Iamandita**.

33. Agents showed the other Coconspirators a pole camera image of **Iamandita**. Each Coconspirator identified the image of **Iamandita** as "Magic." The Coconspirators said that "Magic" delivered the EBT cards and collected cash from them.

All in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

## CONCLUSION

34. Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that **Ionut Iamandita** did knowingly combine, conspire, confederate and agree among themselves and with each other to commit Wire Fraud in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

Michael Vizsolyi, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED before me this 11th day of July, 2024, at 1:30 am/pm, in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE